**IN THE UNITED STATES DISTRICT COURT**
**FOR MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **TRACY SUZANNE CALDWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 5:14-CV-211(MTT)** |
| | ) |
| **WAL-MART STORES EAST, LP** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## SETTLEMENT ORDER

The Court has been advised by counsel for the Defendants that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated.  If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this 11th day of January, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT